1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROGER WAYNE ROBERTSON,                        No.  2:15-cv-2102 AC P

12                      Petitioner,

13          v.                                      ORDER

14   WARDEN,

15                      Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

19          The application attacks a conviction issued by the San Luis Obispo County Superior

20   Court.  While both this court and the United States District Court in the district where petitioner

21   was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution

22   of petitioner's application are more readily available in San Luis Obispo County.  Braden v. 30th

23   Judicial Circuit Court, 410 U.S. 484, 497, 499 n.15 (1973); 28 U.S.C. § 2241(d).

24          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25          1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

26   ////

27   ////

28   ////

                                                 1

2.  This matter is transferred to the United States District Court for the Central District of California.

DATED: January 29, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE